UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )   CHAPTER 7
                                                    )
CARR, IVORY DARYL                                   )   CASE NO. 05 B 06828
                                                    )
                              Debtor(s)             )   HON. EUGENE R. WEDOFF

### TRUSTEE'S FINAL REPORT

To:     THE HONORABLE EUGENE R. WEDOFF
        BANKRUPTCY JUDGE

        NOW COMES Phillip D. Levey, Trustee herein, and respectfully submits to the Court and to the United
States Trustee his Final Report in accordance with 11 U.S.C. §704(9).


1.      The Petition commencing this case was filed on February 28, 2005. Phillip D. Levey was appointed Trustee
on February 28, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.


2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties
enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted
to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other
property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all
claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable
to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by
the Trustee are set forth on Exhibit A.


3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is
$16,700.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is
described in Exhibit B.


4.      A summary of the trustee's final account as of February 7, 2008 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 283,394.82 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 270,112.87 |
| c. | NET CASH available for distribution | | $13,281.95 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $9,205.00[1] |

---

[1] Trustee has voluntarily reduced the compensation requested by him herein from the statutory maximum of
$17,419.74 to $9,205.00; i.e. a reduction of 47% equal to $8,214.74.

|  |  |  |  |
|---|---|---|---|
| 2. | | Trustee Expenses (See Exhibit E) | $74.10 |
| 3. | | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (a.) | Phillip D. Levey - Attorney For Trustee Fees | $10,927.50 |

5.    The Bar Date for filing unsecured claims expired on October 13, 2005.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $20,206.60 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $0.00 |
| f. | Surplus to Debtor | $0.00 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.[2]

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $10,927.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $10,927.50.

9.    According to the Schedules filed herein, a fee of $0.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

---

[2] This case is administratively insolvent. The sole asset administered by the Trustee consisted of a residential condominium commonly known as Unit #203, 2201 North Cleveland, Chicago. Illinois. Net sale proceeds funds therefrom were less than anticipated due to debtor's failure to fully disclose unrecorded lien claims against said real estate in combination with higher than anticipated costs to redeem said real estate from prior sales thereof by the Cook County Treasurer to satisfy unpaid back taxes. In addition, debtor repeatedly failed to cooperate with the Trustee in the administration of the estate which resulted in higher than anticipated costs of administration in the form of attorney fees to compel such cooperation. Finally, anticipated receipts in the approximate amount of $8,000.00 from the liquidation of an unencumbered late-model motor vehicle were not received due to debtor's unauthorized post-petition sale of the same and the Trustee's inability to recover the sale proceeds from debtor resulting from the latter's inability to repay the same. In summary, net receipts were less and costs of administration were more than anticipated by the Trustee which ultimately resulted in an administratively insolvent estate.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: _4-14-08_

SIGNATURE

Phillip D. Levey
TRUSTEE NAME

2722 North Racine Avenue
Chicago, IL  60614
ADDRESS

## TASKS PERFORMED BY TRUSTEE

See Attached Trustee's Time Sheet.

.

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Asset Analysis & Recovery** | | |
| 4/14/2005 | Preliminary research and analysis of data on Chicago Association of Realtors database re market value of debtor's interest in real estate, ownership of same, encumbrances re same and PIN re same.<br>Asset Analysis & Recovery | 1.20 | 420.00 |
| 4/15/2005 | Research on Chicago Association of Realtors database re market value of debtor's condominium.<br>Asset Analysis & Recovery | 2.00 | 700.00 |
| 4/26/2005 | Review of appraisal from Fred Stark.<br>Asset Analysis & Recovery | 0.20 | 70.00 |
| 5/9/2005 | Review letter from Cityview Management, Inc. on behalf of condominium association re demand that debtor stop construction work at condominium unit.<br>Asset Analysis & Recovery | 0.30 | 105.00 |
| 5/11/2005 | Second letter to attorney Arnim Johnson re demand for turnover by debtor of keys to condominium and proceeds from sale of 2001 Chrysler Sebring convertible.<br>Asset Analysis & Recovery | 0.30 | 105.00 |
| 5/16/2005 | Review letter from Bruce Heller re outstanding condominium assessments.<br>Asset Analysis & Recovery | 0.10 | 35.00 |
| 5/18/2005 | Review letter from Cityview Management, Inc. on behalf of condominium association re occupancy of condominium unit.<br>Asset Analysis & Recovery | 0.20 | 70.00 |
| | Review letter from Cityview Management, Inc. on behalf of condominium association re changing locks at condominium unit.<br>Asset Analysis & Recovery | 0.20 | 70.00 |
| 5/20/2005 | Teleconferences (2) with realtor Dell Wiggins re value of Atlanta, Georgia, house.<br>Asset Analysis & Recovery | 0.60 | 210.00 |
| | Teleconferences (3) with Bridgeport Brokers re value of Atlanta, Georgia, house.<br>Asset Analysis & Recovery | 0.50 | 175.00 |
| 7/21/2005 | Review letter from 2201 North Cleveland Condominium Association re demand for payment of $4,184.51 in fines, penalties and unpaid assessments re condominium and research re same.<br>Asset Analysis & Recovery | 0.40 | 140.00 |
| 8/3/2005 | Review letter from attorney Arnim Johnson re extent of debotr's interest in house and condominium.<br>Asset Analysis & Recovery | 0.30 | 105.00 |

Page    2

| | | Hours | Amount |
|---|---|---|---|
| 8/5/2005 | Review letter from Integrity Title re title indemnity account.<br>Asset Analysis & Recovery | 0.40 | 140.00 |
| | SUBTOTAL: | [    6.70 | 2,345.00] |

Asset Disposition

| | | Hours | Amount |
|---|---|---|---|
| 5/16/2005 | Review of five (5) letters from 2201 North Cleveland Condominium Association re debtor's failure to pay nine (9) months of assessments and fines for failure to provide access to unit to Association to perform needed repairs to unit. Teleconference with Bruce Heller re same.<br>Asset Disposition | 0.60 | 210.00 |
| 7/13/2005 | Review letter from Bruce Heller re condominium association declination to exercise right of first refusal re sale of condominium by Trustee.<br>Asset Disposition | 0.20 | 70.00 |
| 7/27/2005 | Review letter from attorney Kristine Watson re breakdown re mortgagee charges of $2,632.95 demanded in connection with pay-off of first mortgage re condominium.<br>Asset Disposition | 0.30 | 105.00 |
| | SUBTOTAL: | [    1 10 | 385.00] |

Banking

| | | Hours | Amount |
|---|---|---|---|
| 2/6/2008 | Opening of estate bank accounts, obtaining FEIN for estate, preparation and assembly of bank deposits, issuing of checks in payment of administrative expenses and monthly review and reconciliation of bank statements through close of case. (Estimated)<br>Banking | 2.50 | 875.00 |
| | SUBTOTAL: | [    2.50 | 875.00] |

Case Administration

| | | Hours | Amount |
|---|---|---|---|
| 2/6/2008 | Compliance activities including preparation and assembly of interim reports as required by Office of U.S. Trustee as well as compliance with bonding requirements through close of case and maintenance of accounting records re same through close of case. (Estimated)<br>Case Administration | 2.00 | 700.00 |
| | Maintenance of estate accounting records through close of case. (Estimated)<br>Case Administration | 1.50 | 525.00 |

Page     3

|  | | Hours | Amount |
|---|---|---|---|
| | SUBTOTAL: | [    3.50 | 1,225.00] |
| | Final Report | | |
| 2/3/2008 | Preparation and assembly of Trustee's Final Report.<br>Final Report | 2.00 | 700.00 |
| 2/5/2008 | Preparation and assembly of Trustee's Final Report.<br>Final Report | 2.50 | 875.00 |
| 2/6/2008 | Preparation and assembly of Trustee's Final Report.<br>Final Report | 2.00 | 700.00 |
| | Court re hearing on Trustee's Final Report and preparation for same. (Estimated)<br>Final Report | 0.50 | 175.00 |
| | Preparation and assembly of Trustee's Final Account and Form 4. Close file for<br>storage. (Estimated)<br>Final Report | 1.50 | 525.00 |
| | SUBTOTAL: | [    8.50 | 2,975.00] |
| | First Meeting of Creditors | | |
| 3/29/2005 | Review of Debtor's Schedules and Statement of Affairs. Input case into computer<br>system and open file. Preparation for first meeting of creditors.<br>First Meeting of Creditors | 0.40 | 140.00 |
| | Review of Debtor's Schedules and Statement of Affairs. Input case into computer<br>system and open file. Preparation for first meeting of creditors.<br>First Meeting of Creditors | 0.40 | 130.00 |
| 4/1/2005 | Examination of Debtor at first meeting of creditors.<br>First Meeting of Creditors | 0.30 | 105.00 |
| | Examination of Debtor at first meeting of creditors.<br>First Meeting of Creditors | 0.30 | 97.50 |
| 4/12/2005 | Examination of Debtor at first meeting of creditors.<br>First Meeting of Creditors | 0.40 | 140.00 |
| | SUBTOTAL: | [    1.80 | 612.50] |

Page    4

|  | | Hours | Amount |
|---|---|---|---|
| **Relief From Stay Proceedings** | | | |
| 3/14/2005 | Review of BASBS's Motion to Modify Stay re condominium at 2201 North Cleveland, Chicago, IL.<br>Relief From Stay Proceedings | 0.30 | 105.00 |
| 4/12/2005 | Court re BASBS's Motion to Modify Stay re condominium at 2201 North Cleveland, Chicago, IL.<br>Relief From Stay Proceedings | 0.40 | 140.00 |
| 5/3/2005 | Review of Capital Mortgage Corporation to to Modify Stay re Georgia property.<br>Relief From Stay Proceedings | 0.40 | 140.00 |
| | SUBTOTAL: | [    1.10 | 385.00] |
| **Tax Issues** | | | |
| 6/12/2006 | Teleconference with accountant Lois West re necessity for filing estate tax returns.<br>Tax Issues | 0.40 | 130.00 |
| 8/14/2007 | Teleconference with accountant Lois West re preparation and assembly of required tax returns and necessity for filing same re sale of condominium.<br>Tax Issues | 0.30 | 97.50 |
| 2/4/2008 | Teleconferences (2) with and e-mail to accountant Lois West re preparation of estate tax returns.<br>Tax Issues | 0.50 | 175.00 |
| | SUBTOTAL: | [    1.20 | 402.50] |
| | For professional services rendered | 26.40 | $9,205.00 |
| | Balance due | | $9,205.00 |

## DISPOSITION OF ESTATE PROPERTY

See attached Forms 1 and 2.

| | |
|---|---|
| TOTAL RECEIPTS | $13,555.23 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $16,700.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $15,000.00 |

EXHIBIT B

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-06828 | EW | Judge: EUGENE R. WEDOFF | | |

| | |
|---|---|
| Case Name: | CARR, IVORY DARYL |

For Period Ending: 02/07/08

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 02/28/05 (f) |
| 341(a) Meeting Date: | 04/01/05 |
| Claims Bar Date: | 10/13/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. UNIT 203-2201 N. CLEVELAND, CHICAGO, IL | Unknown | 39,172.00 | | 13,277.47 | FA |
| 2. 1849 WARREN WAY, EAST POINT, GA | Unknown | Unknown | DA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT | 200.00 | 200.00 | DA | 0.00 | 0.00 |
| 4. HOUSEHOLD FURNISHINGS | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
|     Debtor Claimed Exemption | | | | | |
| 5. WEARING APPAREL | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
|     Debtor Claimed Exemption | | | | | |
| 6. JEWELRY | 1,000.00 | Unknown | DA | 0.00 | 0.00 |
|     Debtor Claimed Exemption | | | | | |
| 7. 2001 CHRYSLER SEBRING | 11,500.00 | Unknown | DA | 0.00 | 0.00 |
|     Debtor Claimed Exemption | | | | | |
| 8. COMPUTER DESK AND CHAIR | 500.00 | Unknown | DA | 0.00 | 0.00 |
|     Debtor Claimed Exemption | | | | | |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 277.76 | Unknown |

|  | | | | |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $16,700.00 | $39,372.00 | $13,555.23 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06       Current Projected Date of Final Report (TFR): 05/31/08

LFORM1

Ver: 12.61a

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No: | 05-06828 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7017  Money Market |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 02/07/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/05 | 1 | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 13,160.41 | | 13,160.41 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:        283,000.00 | 1110-000 | | | |
| | | | SALE OF REAL ESTATE | | | | |
| | | HARVELL, WENDY | Memo Amount:        25.45 | 2500-000 | | | |
| | | | Condo Assessment Proration 7/06 | | | | |
| | | EMC MORTGAGE | Memo Amount:    (   239,350.44 ) | 4110-000 | | | |
| | | | Mortgage Pay-Off | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount:    (    14,150.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:    (     1,065.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:    (       488.50 ) | 2500-000 | | | |
| | | | Recording Charges | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:    (     4,774.57 ) | 2820-000 | | | |
| | | | 2004-2005 Real Estate Taxes | | | | |
| | | HARVELL, WENDY | Memo Amount:    (       700.00 ) | 2500-000 | | | |
| | | | Repair Credits | | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:    (       135.00 ) | 2500-000 | | | |
| | | | Title Indemnity Fee | | | | |
| | | CITYVIEW MANAGEMENT | Memo Amount:    (     4,034.51 ) | 2500-000 | | | |
| | | | Past Due Assessments & Penalties | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:    (     5,167.02 ) | 2820-000 | | | |
| | | | 2003-2004 Real Estate Taxes | | | | |
| 08/31/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 2.15 | | 13,162.56 |
| 09/30/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.49 | | 13,169.05 |
| 10/24/05 | 000101 | CLERK, U.S. BANKRUPTCY COURT | ADVERSARY FILING FEE | 2700-000 | | 250.00 | 12,919.05 |
| | | | TRUSTEE V. IVORY DARYL CARR, CASE NO. 05 A 02501 | | | | |
| 10/31/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.69 | | 12,925.74 |
| 11/10/05 | 1 | CHICAGO TITLE COMPANY | | 1110-000 | 117.06 | | 13,042.80 |
| | | | Page Subtotals | | 13,292.80 | 250.00 | |

LFORM24

Ver: 12.61a

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06828  -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7017  Money Market |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 02/07/08 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.40 | | 13,049.20 |
| 12/30/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.65 | | 13,055.85 |
| 01/31/06 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.66 | | 13,062.51 |
| 02/28/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 9.30 | | 13,071.81 |
| 03/31/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.10 | | 13,082.91 |
| 04/28/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.75 | | 13,093.66 |
| • 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA  70130 | | 2300-003 | | 9.82 | 13,083.84 |
| • 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA  70130 | VOID Wrong Amount. | 2300-003 | | -9.82 | 13,093.66 |
| 05/30/06 | 000103 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA  70130 | Bond Premium | 2300-000 | | 10.66 | 13,083.00 |
| 05/31/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.13 | | 13,094.13 |
| 06/30/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.76 | | 13,104.89 |
| 07/31/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.13 | | 13,116.02 |
| 08/31/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.14 | | 13,127.16 |
| 09/29/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.78 | | 13,137.94 |
| 10/31/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.17 | | 13,149.11 |
| 11/30/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.81 | | 13,159.92 |
| 12/29/06 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.18 | | 13,171.10 |
| 01/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.19 | | 13,182.29 |
| 02/28/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.11 | | 13,192.40 |
| 03/30/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.20 | | 13,203.60 |
| 04/30/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.85 | | 13,214.45 |

| | | | | Page Subtotals | 182.31 | 10.66 | |

LFORM24

Ver: 12.61a

FORM 2

Page:   3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 05-06828 -EW | |
| Case Name: | CARR, IVORY DARYL | |
| Taxpayer ID No: | *******8924 | |
| For Period Ending: | 02/07/08 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7017  Money Market |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/07 | 000104 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 12.62 | 13,201.83 |
| 05/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.22 | | 13,213.05 |
| 06/29/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 10.86 | | 13,223.91 |
| 07/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.23 | | 13,235.14 |
| 08/31/07 | 9 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 11.24 | | 13,246.38 |
| 09/28/07 | 9 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 8.43 | | 13,254.81 |
| 10/31/07 | 9 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 8.45 | | 13,263.26 |
| 11/30/07 | 9 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 7.09 | | 13,270.35 |
| 12/31/07 | 9 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 6.34 | | 13,276.69 |
| 01/31/08 | 9 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 5.26 | | 13,281.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 283,025.45 | COLUMN TOTALS | | 13,555.23 | 273.28 | 13,281.95 |
| Memo Allocation Disbursements: | 269,865.04 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 13,555.23 | 273.28 | |
| Memo Allocation Net: | 13,160.41 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 13,555.23 | 273.28 | |
| | | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 283,025.45 | | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 269,865.04 | TOTAL - ALL ACCOUNTS | | 13,555.23 | 273.28 | 13,281.95 |
| | | Money Market - *******7017 | | | | |
| Total Memo Allocation Net: | 13,160.41 | | | 13,555.23 | 273.28 | 13,281.95 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    80.12              12.62

Ver: 12.61a

LFORM24

Case 05-06828   Doc 60   Filed 04/14/08   Entered 04/14/08 11:26:41   Desc Main

Page:   4

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06828 -EW |
|---|---|
| Case Name: | CARR, IVORY DARYL |
| Taxpayer ID No: | *******8924 |
| For Period Ending: | 02/07/08 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******7017  Money Market |

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 12.61a

LFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )   CHAPTER 7
                                          )
CARR, IVORY DARYL                         )   CASE NO. 05 B 06828
                                          )
                    Debtor(s)             )   HON. EUGENE R. WEDOFF

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $13,281.95 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $13,281.95 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $20,206.60 | 65.73 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Phillip D. Levey, Trustee Compensation | $9,205.00[3] | $6,050.52 |
| | Phillip D. Levey, Trustee Expenses | $74.10 | $48.70 |
| | Phillip D. Levey, Attorney for Trustee Fees | $10,927.50 | $7,182.73 |
| | CLASS TOTALS | $20,206.60 | $13,281.95 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

---

[3] Trustee has voluntarily reduced the compensation requested by him herein from the statutory maximum of $17,419.74 to $9,205.00; i.e. a reduction of 47% equal to $8,214.74.

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony. Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid pro rata after costs of administration and priority claims are paid in full | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:  None

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  _4-14-08_