IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| IVORY DARYL CARR, | ) | CASE NO. 05 B 06828 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE EUGENE R. WEDOFF
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 8-25-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CARR, IVORY DARYL | ) | CASE NO. 05 B 06828 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $9,205.00 |
| 2. | Trustee's expenses | $74.10 |
| | TOTAL | $9,279.10 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,927.50
   b. Chapter 7 Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   c. Chapter 11 Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   d. Chapter 11 Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   b. Chapter 7 Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   c. Chapter 11 Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   d. Chapter 11 Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

3. Other professionals
   a. Chapter 7 Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   b. Chapter 7 Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   c. Chapter 11 Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00
   d. Chapter 11 Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**
MAY 1 3 2008
CAROL A. DOYLE
BANKRUPTCY JUDGE

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CARR, IVORY DARYL | ) | CASE NO. 05 B 06828 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $13,291.62 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $13,291.62 |

EXHIBIT D

# FINAL DISTRIBUTION

| Case Number: 05-06828    EW | Page 1 | Date: May 13, 2008 |
|---|---|---|
| Debtor Name: CARR, IVORY DARYL | | |

| Claim # Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | $13,291.62 |
| **Claim Type 2100-00 - Trustee Compensation** | | | | | | | |
| Phillip D. Levey | Admin | 001 | $9,205.00 *<br>$9,205.00 | $0.00 | $9,205.00 | $6,054.92 | $7,236.70 |
| | | Percent Paid: 65.77860 % | | | | | |
| Subtotal For Claim Type 2100-00 | | | $9,205.00 *<br>$9,205.00 | $0.00 | $9,205.00 | $6,054.92 | |
| **Claim Type 2200-00 - Trustee Expenses** | | | | | | | |
| Phillip D. Levey | Admin | 001 | $74.10 *<br>$74.10 | $0.00 | $74.10 | $48.74 | $7,187.96 |
| | | Percent Paid: 65.77598 % | | | | | |
| Subtotal For Claim Type 2200-00 | | | $74.10 *<br>$74.10 | $0.00 | $74.10 | $48.74 | |
| **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| Phillip D. Levey | Admin | 001 | $10,927.50 *<br>$10,927.50 | $0.00 | $10,927.50 | $7,187.96 | $0.00 |
| | | Percent Paid: 65.77863 % | | | | | |
| Subtotal For Claim Type 3110-00 | | | $10,927.50 *<br>$10,927.50 | $0.00 | $10,927.50 | $7,187.96 | |
| Subtotals For Class Administrative  65.77861 % | | | $20,206.60 *<br>$20,206.60 | $0.00 | $20,206.60 | $13,291.62 | |
| << Totals >> | | | $20,206.60<br>$20,206.60 | $0.00 | $20,206.60 | $13,291.62 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-06828 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7017 Money Market |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 08/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/05 | 1 | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 13,160.41 | | 13,160.41 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:     283,000.00 | 1110-000 | | | |
| | | | SALE OF REAL ESTATE | | | | |
| | | HARVELL, WENDY | Memo Amount:     25.45 | 2500-000 | | | |
| | | | Condo Assessment Proration 7/06 | | | | |
| | | EMC MORTGAGE | Memo Amount:  (  239,350.44 ) | 4110-000 | | | |
| | | | Mortgage Pay-Off | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount:  (  14,150.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:  (  1,065.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:  (  488.50 ) | 2500-000 | | | |
| | | | Recording Charges | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:  (  4,774.57 ) | 2820-000 | | | |
| | | | 2004-2005 Real Estate Taxes | | | | |
| | | HARVELL, WENDY | Memo Amount:  (  700.00 ) | 2500-000 | | | |
| | | | Repair Credits | | | | |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:  (  135.00 ) | 2500-000 | | | |
| | | | Title Indemnity Fee | | | | |
| | | CITYVIEW MANAGEMENT | Memo Amount:  (  4,034.51 ) | 2500-000 | | | |
| | | | Past Due Assessments & Penalties | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:  (  5,167.02 ) | 2820-000 | | | |
| | | | 2003-2004 Real Estate Taxes | | | | |
| 08/31/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 2.15 | | 13,162.56 |
| 09/30/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.49 | | 13,169.05 |
| 10/24/05 | 000101 | CLERK, U.S. BANKRUPTCY COURT | ADVERSARY FILING FEE | 2700-000 | | 250.00 | 12,919.05 |
| | | | TRUSTEE V. IVORY DARYL CARR, CASE NO. 05 A 02501 | | | | |
| 10/31/05 | 9 | BANK OF AMERICA | Interest Rate  0.600 | 1270-000 | 6.69 | | 12,925.74 |
| 11/10/05 | 1 | CHICAGO TITLE COMPANY | | 1110-000 | 117.06 | | 13,042.80 |

Page Subtotals        13,292.80        250.00

LFORM24

Ver: 14.03b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 05-06828 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7017 Money Market |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 08/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/05 | 9 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 6.40 | | 13,049.20 |
| 12/30/05 | 9 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 6.65 | | 13,055.85 |
| 01/31/06 | 9 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 6.66 | | 13,062.51 |
| 02/28/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 9.30 | | 13,071.81 |
| 03/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.10 | | 13,082.91 |
| 04/28/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.75 | | 13,093.66 |
| * 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 9.82 | 13,083.84 |
| * 05/29/06 | 000102 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | VOID Wrong Amount. | 2300-003 | | -9.82 | 13,093.66 |
| 05/30/06 | 000103 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | Bond Premium | 2300-000 | | 10.66 | 13,083.00 |
| 05/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.13 | | 13,094.13 |
| 06/30/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.76 | | 13,104.89 |
| 07/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.13 | | 13,116.02 |
| 08/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.14 | | 13,127.16 |
| 09/29/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.78 | | 13,137.94 |
| 10/31/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.17 | | 13,149.11 |
| 11/30/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.81 | | 13,159.92 |
| 12/29/06 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.18 | | 13,171.10 |
| 01/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.19 | | 13,182.29 |
| 02/28/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.11 | | 13,192.40 |
| 03/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.20 | | 13,203.60 |
| 04/30/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.85 | | 13,214.45 |

Page Subtotals    182.31    10.66

LFORM24    Ver: 14.03b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-06828 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******7017 Money Market |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 08/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/07 | 000104 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 12.62 | 13,201.83 |
| 05/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.22 | | 13,213.05 |
| 06/29/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.86 | | 13,223.91 |
| 07/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.23 | | 13,235.14 |
| 08/31/07 | 9 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 11.24 | | 13,246.38 |
| 09/28/07 | 9 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.43 | | 13,254.81 |
| 10/31/07 | 9 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 8.45 | | 13,263.26 |
| 11/30/07 | 9 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 7.09 | | 13,270.35 |
| 12/31/07 | 9 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 6.34 | | 13,276.69 |
| 01/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 5.26 | | 13,281.95 |
| 02/29/08 | 9 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 3.16 | | 13,285.11 |
| 03/31/08 | 9 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.14 | | 13,288.25 |
| 04/30/08 | 9 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 2.72 | | 13,290.97 |
| 05/13/08 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 13,291.62 |
| 05/13/08 | | Transfer to Acct #*******3111 | Final Posting Transfer | 9999-000 | | 13,291.62 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 283,025.45 | COLUMN TOTALS | | 13,564.90 | 13,564.90 | 0.00 |
| Memo Allocation Disbursements: | 269,865.04 | Less: Bank Transfers/CD's | | 0.00 | 13,291.62 | |
| | | Subtotal | | 13,564.90 | 273.28 | |
| Memo Allocation Net: | 13,160.41 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 13,564.90 | 273.28 | |

Page Subtotals     89.79     13,304.24

Ver: 14.03b

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06828 -EW | Trustee Name: | Phillip D. Levey |
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3111 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 08/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/13/08 | | Transfer from Acct #*******7017 | Transfer In From MMA Account | 9999-000 | 13,291.62 | | 13,291.62 |
| 05/16/08 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-003 | | 9,205.00 | 4,086.62 |
| 05/16/08 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees Check issued in wrong amount. | 2100-003 | | -9,205.00 | 13,291.62 |
| 05/16/08 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-003 | | 74.10 | 13,217.52 |
| 05/16/08 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses Check issued in wrong amount. | 2200-003 | | -74.10 | 13,291.62 |
| 05/16/08 | 000103 | Phillip D. Levey | Trustee Compensation | 2100-003 | | 1,827.88 | 11,463.74 |
| 05/16/08 | 000103 | Phillip D. Levey | VOID Check issued in wrong amount. | 2100-003 | | -1,827.88 | 13,291.62 |
| 05/16/08 | 000104 | Phillip D. Levey | Trustee Expenses | 2200-003 | | 14.71 | 13,276.91 |
| 05/16/08 | 000104 | Phillip D. Levey | VOID Check issued in wrong amount. | 2200-003 | | -14.71 | 13,291.62 |
| 05/16/08 | 000105 | Phillip D. Levey | Trustee Attorney Fees | 3110-003 | | 2,169.93 | 11,121.69 |
| 05/16/08 | 000105 | Phillip D. Levey | VOID Check issued in wrong amount. | 3110-003 | | -2,169.93 | 13,291.62 |
| 05/16/08 | 000106 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 6,054.92 | 7,236.70 |
| 05/16/08 | 000107 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 48.74 | 7,187.96 |
| 05/16/08 | 000108 | Phillip D. Levey | Trustee Attorney Fees | 3110-000 | | 7,187.96 | 0.00 |

Page Subtotals   13,291.62   13,291.62

LFORM24                                                                                              Ver: 14.03b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-06828 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | CARR, IVORY DARYL | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3111 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8924 | | |
| For Period Ending: | 08/25/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 13,291.62 | 13,291.62 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 13,291.62 | 0.00 | |
| | | Subtotal | | 0.00 | 13,291.62 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 13,291.62 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 283,025.45 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 269,865.04 | Money Market - ********7017 | | 13,564.90 | 273.28 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********3111 | | 0.00 | 13,291.62 | 0.00 |
| | | | | ----------------- | ----------------- | ----------------- |
| Total Memo Allocation Net: | 13,160.41 | | | 13,564.90 | 13,564.90 | 0.00 |
| | | | | ========== | ========== | ========== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

LFORM24

Ver: 14.03b